**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRL DIVISION**

JACOB HARDEN
#519353 PLAINTIFF

v. 4:26-cv-00704-JM

HEATHER KING, Captain,
White County Detention Center; *et al.* DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation Disposition submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. (Docs. 7.8). In his objections, Plaintiff makes a new allegation. He states that he "put in a sick call for the change in his blood pressure, sore and aching muscles, body pain, and deppressive/hopeless [sic] feelings. . .."

In *Rahman X v. Morgan*, 300 F.3d 970 (8th Cir. 2002), the court found that a three-month deprivation of outdoor activity was not sufficiently serious to establish an Eighth Amendment violation. The court noted that the plaintiff was permitted to use a dayroom with exercise equipment for three hours each week during this time and stated that "[t]his amount of exercise does not demonstrate deliberate indifference to the plaintiff's health." *Id.* at 974. Plaintiff was permitted to go to the dayroom for an hour each day. This fact together with Plaintiff's one sick call regarding general aches and pains do not rise to the level of a constitutional violation. After reviewing the record *de novo*, this Court adopts the Recommendation Disposition in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 1) is DISMISSED without prejudice for failing to state a plausible claim for relief. In the future, dismissal of this action should be counted as a strike under 28 U.S.C. § 1915(g). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 31st day of August, 2026.

UNITED STATES DISTRICT JUDGE